ANTHONY L. MARTIN, ESQ.
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
JILL GARCIA, ESQ.
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant Eldorado Resorts Corporation*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN OLSHANSKY,<br><br>  Plaintiff,<br><br>vs.<br><br>ELDORADO RESORTS CORPORATION, a Florida corporation; MICHAEL MARRS; BRUCE POLANSKY; KRISTEN BECK; DOMINIC TALEGHANI; JAMES GRIMES; AND DOES 1-50, inclusive;<br><br>  Defendants. | Case No.: 2:15-cv-01017-RFB-BNW<br><br>**STIPULATION AND ORDER TO CONTINUE THE SCHEDULING CONFERENCE SET FOR JULY 1, 2019 AT 9:00 A.M.**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 26-4, Plaintiff and Defendants, by and through their undersigned counsel, hereby request to continue the Scheduling Conference regarding the setting of settlement conferences in this matter, and the related cases shown below, which is currently set for July 1, 2019. (ECF No. 96.) This is the first request to continue the date of the Scheduling Conference.

Co-Lead counsel for Defendants, Jill Garcia, has a previously long-standing family commitment planned for that week. Given the importance of the conference, Ms. Garcia would like to be present. With the conflict, the parties request the Court's indulgence in continuing the hearing

for these matter referenced herein, to a day the week of July 8, 2019, or at the earliest convenience of the Court thereafter.

| Steven Olshansky | 2:15-cv-01017 |
|---|---|
| Teresa Leigh Bouch | 2:15-cv-01023 |
| Gail Barnes | 2:15-cv-01026 |
| Mohammed Ali Sekkat | 2:15-cv-01029 |
| Julie Santovito | 2:15-cv-01032 |
| Paula Newman | 2:15-cv-01486 |
| Raymond Coury | 2:15-cv-01488 |
| Joseph Cardinale | 2:15-cv-01492 |
| Ann Hanit Harel | 2:15-cv-01497 |
| Harold Heckendorn | 2:15-cv-02332 |

Dated this 21st day of June, 2019.

WATKINS & LETOFSKY, LLP

/s/ Eran Forster
Daniel R. Watkins
Brian S. Letofsky
Eran S. Forster
8215 South Eastern Avenue
Suite 265
Las Vegas, NV 89123
Telephone: 702.901-7553
*Attorneys for Plaintiff Steven Olshansky*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Jill Garcia
Anthony L. Martin
Jill Garcia
3800 Howard Hughes Parkway
Suite 1500
Las Vegas, NV 89169
Telephone: 702.369.6800
*Attorneys for Defendant Eldorado Resorts Corporation*

**ORDER**

IT IS ORDERED that the scheduling conference set for July 1, 2019 at 9:00 a.m. is VACATED and CONTINUED to July 8, 2019 at 9:00 a.m. in Courtroom 3B.

_____
U.S. DISTRICT JUDGE/MAGISTRATE JUDGE

DATED: June 25, 2019

2