ANTHONY L. MARTIN, ESQ.
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
JILL GARCIA, ESQ.
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
3800 Howard Hughes Parkway
Suite 1500
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888
*Attorneys for Defendants Eldorado Resorts Corporation and Michael Marrs*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GAIL BARNES,<br><br>               Plaintiff,<br><br>vs.<br><br>ELDORADO RESORTS CORPORATION, a Florida Corporation; MICHAEL MARRS; BRUCE POLANSKY; KRISTEN BECK; DOMINIC TALEGHANI; JAMES GRIMES; and DOES 1-50, inclusive,<br><br>               Defendants. | Case No.:  2:15-cv-01026-RFB-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Gail Barnes ("Plaintiff") and Defendants Eldorado Resorts Corporation, Michael Marrs, Kristen Hayde, and Dominic Taleghani ("Defendants")[1], by and through their undersigned counsel, hereby stipulate that all claims Plaintiff had, or may have had, against Defendants that are

//

//

---

[1] Individual Defendants Bruce Polansky and James Grimes were voluntarily dismissed by Plaintiff. (ECF No. 25.)  With the exception of Individual Defendant Michael Marrs, the remaining Individual Defendants were dismissed on May 31, 2016 (*see* Transcript of Motion Hearing).

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

contained herein, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed with prejudice in their entirety.

Each party to bear their own fees and costs.

Dated this 10th day of July, 2019.

| WATKINS & LETOFSKY, LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ Eran S. Forster | /s/ Jill Garcia |
| Daniel R. Watkins | Anthony L. Martin |
| Eran S. Forster | Jill Garcia |
| 8215 South Eastern Avenue | 3800 Howard Hughes Parkway |
| Suite 265 | Suite 1500 |
| Las Vegas, NV 89123 | Las Vegas, NV 89169 |
| *Attorneys for Plaintiff Gail Barnes* | *Attorneys for Defendants Eldorado Resorts Corporation and Michael Marrs* |

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

39188781.1

2